AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>ERIC MORTENSEN a/k/a "Jacob Bradford"<br>*Defendant* | Case No. 21-mj-00051-NYW |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **ERIC MORTENSEN a/k/a "Jacob Bradford"**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

| | |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of a controlled substance |
| 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to distribute a controlled substance |
| 18 U.S.C. § 922(g)(1) | Prohibited Person in Possession of Firearm/Ammunition |
| 18 U.S.C. § 924(c)(1)(A) | Use/carry firearm during and in relation to a drug trafficking crime |
| 18 U.S.C. § 1956(h) | Conspiracy to launder money |

Date: **24 Mar 2021**

*Issuing officer's signature*

Nina Y. Wang
United States Magistrate Judge
*Printed name and title*

City and state: Denver, Colorado

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*