**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*10:03 am, Mar 24, 2021*
**JEFFREY P. COLWELL, CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   21-mj-00051-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC MORTENSEN, a/k/a "Jacob Bradford," and
MELISSA CHARRAN

    Defendants.

## MOTION TO RESTRICT

The United States of America, by and through Andrea Surratt, Assistant United States Attorney, moves the Court to enter an Order restricting the case, including the Criminal Complaint, Affidavit in Support of Criminal Complaint, and Arrest Warrant in the above-named matter, as well as this Motion and the Court's Order restricting these documents at Level 3, and as grounds therefore submits the following:

1. A Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, and this Motion have been filed as part of a continuing criminal investigation.

2. Restriction of the case and documents at Level 3 is appropriate under D.C.Colo.LCrR 47.1 for the following reasons: 1) the interests stated herein outweigh the presumption of public access; 2) clearly defined and serious injury would result if access is not restricted at Level 3, and; 3) only restricted access will adequately protect the interests in question. The defendants are unaware of the investigation against them and notification now could cause them to destroy evidence or flee prosecution. Accordingly, it is necessary to maintain the secrecy of the

investigation, as there is reason to believe that notification of the existence of the Criminal Complaint and Affidavit will seriously jeopardize the investigation by giving the target(s) an opportunity to flee from prosecution and/or destroy or tamper with evidence. Restricting access to the case and documents is the only practicable way to maintain the secrecy of the investigation and to adequately protect these concerns.

WHEREFORE, the Government respectfully moves that the case, the Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, this Motion, and the Court's Order restricting these documents be restricted at Level 3 until further order of the Court.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

*s/ Andrea Surratt*

By:  Andrea Surratt
Assistant U.S. Attorney
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Andrea.Surratt@usdoj.gov
Attorney for Government

2