| | |
|---|---|
| <u>DEFENDANT</u>: | ERIC MORTENSEN a/k/a "Jacob Bradford" |
| <u>YOB/AGE</u>: | 1989 |
| <u>COMPLAINT FILED?</u> | ___x___ Yes   _____ No |
| | If Yes, MAGISTRATE CASE NUMBER <u>21-mj-00051-NYW</u> |

| <u>OFFENSE(S)</u>: | | |
|---|---|---|
| | 1) 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to distribute a controlled substance |
| | 2) 21 U.S.C. § 841(a)(1) | Distribution of a controlled substance |
| | 3) 18 U.S.C. § 1956(h) | Conspiracy to launder money |
| | 4) 18 U.S.C. § 924(c)(1)(A) | Use/carry firearm during and in relation to a drug trafficking crime |
| | 5) 18 U.S.C. § 922(g)(1) | Prohibited Person in Possession of Firearm |

| | |
|---|---|
| <u>LOCATION OF OFFENSE</u>: | Denver County, Colorado |

| <u>PENALTY</u>: | | |
|---|---|---|
| | 1) 21 U.S.C. §§ 841(a)(1) & 846 | NMT 20 yrs imprisonment, NMT $1,000,000 fine or both; NLT 3 yrs SR, NMT life SR; $100 SA |
| | 2) 21 U.S.C. § 841(a)(1) | NMT 20 yrs imprisonment, $1,000,000 fine or both; NLT 3 yrs SR, NMT life SR; $100 SA |
| | 3) 18 U.S.C. § 1956(h) | NMT 20 yrs imprisonment; NMT $250,000 fine or both; NMT 3 yrs SR; $100 SA |
| | 4) 18 U.S.C. § 924(c)(1)(A) | NLT 7 yrs imprisonment; NMT life imprisonment; NMT 5 yrs SR; $100 SA |
| | 5) 18 U.S.C. § 922(g)(1) | NMT 10 yrs imprisonment, NMT $250,000 fine or both; NMT 3 yrs SR; $100 SA |

| | |
|---|---|
| <u>AGENT</u>: | USPIS Inspector Derek Backus |
| <u>AUTHORIZED BY</u>: | AUSA Andrea Surratt |

<u>ESTIMATED TIME OF TRIAL</u>:   __x__ five days or less      ____ over five days

<u>THE GOVERNMENT</u>

<u>X</u>  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.