| | | |
|---|---|---|
| DEFENDANT: | MELISSA CHARRAN | |
| YOB/AGE: | 1993 | |
| COMPLAINT FILED? | ___x___ Yes         _____ No  If Yes, MAGISTRATE CASE NUMBER 21-mj-00051-NYW | |
| OFFENSE(S): | 1) 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to distribute a controlled substance |
| | 2) 21 U.S.C. § 841(a)(1) | Distribution of a controlled substance |
| | 3) 18 U.S.C. § 1956(h) | Conspiracy to launder money |
| LOCATION OF OFFENSE: | Denver County, Colorado | |
| PENALTY: | 1) 21 U.S.C. §§ 841(a)(1) & 846 | NMT 20 yrs imprisonment, NMT $1,000,000 fine or both; NLT 3 yrs SR, NMT life SR; $100 SA |
| | 2) 21 U.S.C. § 841(a)(1) | NMT 20 yrs imprisonment, $1,000,000 fine or both; NLT 3 yrs SR, NMT life SR; $100 SA |
| | 3) 18 U.S.C. § 1956(h) | NMT 20 yrs imprisonment; NMT $250,000 fine or both; NMT 3 yrs SR; $100 SA |
| AGENT: | USPIS Inspector Derek Backus | |
| AUTHORIZED BY: | AUSA Andrea Surratt | |

ESTIMATED TIME OF TRIAL:    _x_ five days or less          ____ over five days

THE GOVERNMENT

__ will  seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is not** applicable to this defendant.