IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-115-WJM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. ERIC MORTENSEN, and
2. MELISSA CHARRAN,

 Defendants.

## GOVERNMENT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER

 The United States of America moves this Court pursuant to Fed. R. Crim. P. Rule 16(d)(1), for a protective order pertaining to a subset of discovery in the above-captioned case.

 1. The defendants are charged in indictment 21-cr-115-WJM in various counts related to the distribution of controlled substances (both defendants) and use and possession of firearms (defendant Mortensen only).

 2. On or about March 25, 2021, law enforcement officers executed a search warrant at the Denver apartment shared by Mortensen and Charran and arrested both Mortensen and Charran.  Most of the officers executing the search warrant were members of Denver Police Department ("DPD") SWAT.  The Government has obtained

footage from the body cameras worn by DPD officers during the March 25, 2021 search and arrest of the defendants (the "Body Cam Footage").

    3.    Among other things, much of the Body Cam Footage clearly shows the faces of many of the of DPD SWAT officers who were present on March 25, 2021 in a way that would make identification of those officers relatively easy.  Some of the Body Cam Footage also includes footage of Charran partially nude since she had just gotten out of the shower when officers arrived at her apartment.

    4.    Accordingly, the Government requests that a protective order be entered as to the Body Cam Footage that stipulates that:

    a.)    the Body Cam Footage may be used only in this case and for no other purpose, without further order from this court;

    b.)    the Body Cam Footage shall not be provided to the defendants, but counsel for the defendants may show the footage to the defendants and discuss it with them so long as the Body Cam Footage remains in control of counsel for the defendants or their representatives; and

    c.)    the Body Cam Footage may be shared with staff for counsel for the defendant, defense investigators, and/or experts retained for purposes of assisting with the defense in this case.

    5.    Such an order would expedite the production of complete materials in this case and afford counsel the ability to more promptly investigate and prepare a defense without limitations on the information provided beyond what is set forth in the order.

Wherefore, the Government requests that this Court enter a protective order as described herein.

Respectfully submitted this 28th day of April, 2021.

        MATTHEW T. KIRSCH
        Acting United States Attorney

        By: *s/ Andrea Surratt*
        ANDREA SURRATT
        Assistant United States Attorney
        1801 California St. Suite 1600
        Denver, CO 80202
        Telephone 303-454-0100
        Email: andrea.surratt@usdoj.gov
        Attorney for the Government