IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00115-WJM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. ERIC MORTENSEN, a/k/a "Jacob Bradford," and
2. MELISSA CHARRAN,

  Defendants.

### ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

 To: The clerk of court and all parties of record

 I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

 DATED at Denver, Colorado this 10th day of June 2021.

    MATTHEW T. KIRSCH
    Acting United States Attorney

    s/ *Tonya S. Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0405
    Email: tonya.andrews@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 10th day of June 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                           s/ *Jasmine Zachariah*
                                           FSA Data Analyst
                                           Office of the U.S. Attorney