IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00115-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ERIC MORTENSEN, a/k/a "Jacob Bradford," and
2.  MELISSA CHARRAN,

      Defendants.
_____

**UNITED STATES' FIRST BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY**
_____

COMES NOW the United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Tonya S. Andrews, and hereby files the following First Bill of Particulars:

1.    In the Forfeiture Allegation on Pages 3-5 of the Indictment returned on April 7, 2021, the United States alleged that, pursuant to 21 U.S.C. § 853, it would seek forfeiture of all property constituting or derived from proceeds obtained, directly or indirectly, from the commission of the offenses alleged in Counts One and Two of the Indictment, and in any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of said violations.

2.    The United States alleged that, pursuant to 18 U.S.C. § 982(a)(1), it would seek forfeiture of all property involved in the offense alleged in Count Three of the Indictment, and all property traceable to such property.

1

3.      Accordingly, the United States gives notice that as a result of the

violations of 21 U.S.C. §§ 841(a)(1) and 846 as alleged in Counts One and Two of the

Indictment, and violations of 18 U.S.C. §  1956(h) as alleged in Count Three,

respectively, and by this reference fully incorporated herein, the United States seeks

forfeiture of the defendants' interest in the following: 2017 Black BMW 540 Sedan, VIN

WBAJE7C30HG888835.

DATED this 10th day of June 2021.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

s/*Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email:tonya.andrews@usdoj.gov