IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00115-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ERIC MORTENSEN, a/k/a "Jacob Bradford," and
2. MELISSA CHARRAN,

    Defendants.

---

### ORDER AUTHORIZING UNITED STATES TO MAINTAIN CUSTODY OF CERTAIN PROPERTY
_____

This matter comes before the Court on the motion of the United States for an Order authorizing the Government and its agencies to maintain custody of certain property pending the conclusion of the pending criminal case.

WHEREAS, the property in question includes the following asset:

    a. 2017 Black BMW 540 Sedan, VIN WBAJE7C30HG888835

WHEREAS, the seized property is already in the lawful custody of the Government; and

WHEREAS, the Government has represented to the Court that it will maintain and preserve the seized property throughout the pending criminal case so that it will be available for forfeiture; and

1

WHEREAS, 18 U.S.C. § 983(a)(3)(B)(ii)(II), which is applicable to this case, requires that the Government, in order to maintain custody of property for the purpose of criminal forfeiture, take steps to preserve the property under 21 U.S.C. § 853; and

WHEREAS, section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property;

IT IS HEREBY ORDERED, that the United States and its agencies, including the United States Postal Service, and/or the United States Marshals Service, are authorized to maintain and preserve the seized property until the conclusion of the instant criminal case, pending further Order of this Court,

AND IT IS FURTHER ORDERED, that this Order satisfies the requirements described in 18 U.S.C. § 983(a)(3)(B)(ii)(II).

SO ORDERED this _____ day of _____, 2021.

BY THE COURT:

_____
WILLIAM J. MARTINEZ
United States District Court Judge