IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   21-cr-00115-WJM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. **ERIC MORTENSEN,**
2. MELISSA CHARRAN,

   Defendant.

_____

**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO
APPOINT NEW COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL**
_____

The Office of the Federal Public Defender, through Mary V. Butterton, Assistant Federal Public Defender, moves to withdraw as appointed counsel for the above named defendant. In support of this motion, Defendant states that:

1. Mr. Mortensen was appointed counsel through the Criminal Justice Act on March 26, 2021. Doc. 17. Undersigned counsel and the Office of the Federal Public Defender ("FPD") entered an appearance on March 29, 2021. Doc. 18.

2. The United States District Court for the District of Colorado has adopted the Colorado Rules of Professional Conduct. *See* D.C.COLO.LAttyR 2(a).  Colorado Rule of Professional Conduct 1.16 authorizes withdrawal for good cause. *See* Colo. RPC 1.16 (2012). Undersigned counsel maintains that good cause exists for withdrawal in the present case.

      3.      Colorado Rule of Professional Conduct 1.7 prevents the representation of a client if the representation involves a concurrent conflict of interest. See Colo. RPC 1.7 (2012). Such a conflict exists if:

1) The representation of one client will be directly adverse to another client; or
2) There is a significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to another client, a former client or a third person . . .

*Id.*

      4.      The FPD has a conflict of interest between Mr. Mortensen and another client represented by this office.

      5.      Continued representation of Mr. Mortensen would potentially violate Rules 1.7 and 1.9 of the Colorado Rules of Professional Conduct as adopted in D.C.Colo.L.CrR 57.6. The FPD cannot fulfill its duty of loyalty to either client due to their competing interests and cannot choose between them. Therefore, the FPD is ethically required to file this motion to withdraw.

      6.      Pursuant to D.C.Colo. L. Cr. R. 57.5.D, a copy of this motion is being mailed to Mr. Mortensen. Because Mr. Mortensen previously has been declared indigent, and to assist Mr. Mortensen in complying with these rules, this motion respectfully requests that a member of the Criminal Justice Act Panel be appointed to represent him.

      7.      Undersigned counsel will work with appointed counsel to ensure preparation for all future court appearances and deadlines.

/ / /

3

WHEREFORE, undersigned counsel respectfully moves this Court for an Order allowing the FPD to withdraw as counsel of record and appoint new counsel from the CJA panel. Counsel also request that ECF Notification be terminated.

        Respectfully submitted,

        VIRGINIA L. GRADY  
        Federal Public Defender

        s/ Mary Butterton_____  
        MARY BUTTERTON  
        Assistant Federal Public Defender  
        633 Seventeenth Street, Suite 1000  
        Denver, Colorado 80202  
        Telephone: (303) 294-7002  
        FAX: (303) 294-1192  
        Email:  Mary_Butterton@fd.org  
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

        I hereby certify that on June 23, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Andrea Surrat, Assistant United States Attorney
    Email: Andrea.Surrat@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Eric Mortensen (via U.S. Mail)

                                           s/ Mary Butterton
                                           MARY BUTTERTON
                                           Assistant Federal Public Defender
                                           633 Seventeenth Street, Suite 1000
                                           Denver, Colorado 80202
                                           Telephone: (303) 294-7002
                                           FAX: (303) 294-1192
                                           Email:  Mary_Butterton@fd.org
                                           Attorney for Defendant