IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-115-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   ERIC MORTENSEN, a/k/a "Jacob Bradford",

Defendant.

_____

NOTICE OF ATTORNEY APPEARANCE
_____

Comes now Richard J. Banta and hereby gives Notice of his Appearance on behalf of Eric Mortensen.

Respectfully submitted,


*s/Richard J. Banta*
Richard J. Banta
501 S. Cherry Street
Suite 1100-mb11
Denver, CO 80246
303-860-8048
FAX:  303-333-1195
E-mail:  rjbanta@comcast.net
Attorney for Defendant
Eric Mortensen


CERTIFICATE OF SERVICE

I certify that on June 24, 2021 I electronically filed the foregoing Notice of Attorney Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/*Richard J. Banta*
Richard J. Banta