IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00115-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  ERIC MORTENSEN, a/k/a "Jacob Bradford," and
2.  MELISSA CHARRAN,

        Defendants.

_____

**UNITED STATES' SECOND BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY**
_____

        COMES NOW the United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Tonya S. Andrews, and hereby files a Second Bill of Particulars:

        1.     In the Forfeiture Allegation on Pages 3-5 of the Indictment returned on April 7, 2021, the United States alleged that, pursuant to 21 U.S.C. § 853, it would seek forfeiture of all property constituting or derived from proceeds obtained, directly or indirectly, from the commission of the offenses alleged in Counts One and Two of the Indictment, and in any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of said violations.

        2.     The United States alleged that, pursuant to 18 U.S.C. § 982(a)(1), it would seek forfeiture of all property involved in the offense alleged in Count Three of the Indictment, and all property traceable to such property.

1

3. The United States also alleged that, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), it would seek forfeiture of any firearm and ammunition involved in the commission of the offenses, including, but not limited to, the firearms seized from Eric Mortensen's apartment on March 25, 2021.

4. On June 10, 2021, the United States filed its First Bill of Particulars as to the defendants' interest in a 2017 Black BMW 540 Sedan, VIN WBAJE7C30HG888835. (Doc. 43).

5. Accordingly, the United States gives notice that as a result of the violations of 21 U.S.C. §§ 841(a)(1) and 846, as alleged in Counts One and Two of the Indictment, violations of 18 U.S.C. § 1956(h) as alleged in Count Three, and violations of 18 U.S.C. § 924(c)(1)(A)(i) and (ii), and 18 U.S.C. § 922(g)(1) as alleged in Counts Four and Five, respectively, and by this reference fully incorporated herein, the United States seeks forfeiture of the defendants' interest in the following assets seized by the United States in relation to the underlying criminal case:

    a. $7,114.00 United States currency;

    b. Approximately $53,751.28 from BMO Harris Bank Acct #4829103523 in the name of Eric Mortensen;

    c. Approximately $49,157.92 from TruStone Financial Acct Checking #2 Member #373346 in the name of Eric Mortensen;

    d. 1.0000 Bitcoin (BTC);

    e. 4.05735328 Bitcoin (BTC);

    f. Funds in Venmo Account #29869243 in the name of Eric Mortensen;

g. 0.00838345 Ethereum (ETH);

h. 0.00030101 Chainlink (LINK);

i. 0.98828 Stellar (XLM);

j. 0.006799 USC Coin (USDC);

k. 1.119154 Tezos (XTZ);

l. 0.11392 Cosmos (ATOM);

m. 0.09285289 Kyber (KNC);

n. 0.041388 Algorand (ALGO);

o. 0.00000531 0x (ZRX);

p. 0.0696 EOS;

q. 0.00014666 Compound (COMP);

r. 0.00731306 Band Protocol (BAND);

s. 0.07652384 OMG Network (OMG);

t. 0.00976552 Celo (CGLD);

u. Samsung Galaxy S10+ SM-G975U Cell Phone; IMEI 354667100141454;

v. Apple iPhone 12; SN F17DKEBL0DXQ;

w. Acer Chromebook Model N16Q10; SN NXGL4AA008751167E47600;

x. Amazon Fire Tablet Model SL056ZE;

y. HP Envy x360 Laptop Model 15m-ee0013dx; SN: CND0457DWX;

z. Zales Men's Ring;

aa. Zales Women's Ring;

bb. USB Flash Drive;

cc. Merak Savunma Sanayi, LTD 301 Shotgun CAL:12 SN:20PA12Z-5225;

dd. Kimber Micro 9 Rapide Pistol CAL:9 SN:PB0354671;

ee. 6 Rounds CBC- Brazilian Cartridge Company Ammunition CAL:9;

ff. Walther CCP Pistol CAL:9 SN:WK101181;

gg. 16 Rounds CBC-Brazilian Cartridge Company Ammunition CAL:9;

hh. Ruger PC Charger Pistol CAL:9 SN:913-17551;

ii. 728 Rounds Assorted Ammunition CAL:9;

jj. 50 Rounds Assorted Ammunition CAL:12;

DATED this 12th day of July 2021.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

s/*Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email:tonya.andrews@usdoj.gov