IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 21-cr-115-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     **ERIC MORTENSEN,**
2.     **MELISSA CHARRAN,**

      Defendants.

## ORDER RESETTING TRIAL DATE AND RELATED DEADLINES

This matter comes before the Court for the re-setting of a trial date and related deadlines upon the entry of the Court's Order Granting Defendant Mortensen's Motion for Ends of Justice Continuance. Accordingly, it is hereby ORDERED as follows:

    A.     All pretrial motions shall be filed by no later than **February 28, 2022.** Responses to these motions shall be filed by no later than **March 10, 2022.** No reply shall be permitted without prior leave of Court. If a party believes an evidentiary hearing on a pretrial motion is necessary, a written request for same must be made by no later than the pretrial motion deadline;

    B.     The Court will not consider any motion related to the disclosure or production of discovery that is addressed by the Discovery Memorandum and Order and/or Fed. R. Crim. P. 16, unless prior to filing the motion counsel for the moving party has conferred or made reasonable, good-faith efforts to confer with opposing counsel in an effort to resolve the disputed matter. If the parties are unable to resolve the dispute,

the moving party shall state in the motion the specific efforts which were taken to comply with this Order to Confer.  Counsel for the moving party shall submit a proposed order with all motions, opposed and unopposed.  Opposed disclosure or discovery motions which do not demonstrate meaningful compliance with this Order to Confer will be stricken;

  C. As required by WJM Revised Practice Standards IX.E:

    1. Expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made not later than 14 days prior to the Final Trial Preparation Conference, and any challenges to such experts shall be made not later than 7 days prior to said Conference; and

    2. Disclosures regarding rebuttal expert witnesses shall be made not later than 7 days prior to the Final Trial Preparation Conference, and any challenges to such rebuttal experts shall be made not later than the day prior to said Conference;

  D. Local Rule D.C.COLO.LCrR 11.1 applies fully to this case.  Absent an Order permitting or directing otherwise, a Notice of Disposition shall be filed **no later than 14 days before the trial date**;

  E. A Final Trial Preparation Conference is hereby set for **March 21, 2022 at 3:00 p.m., in person, in Courtroom A801**.  Lead counsel who will try the case must attend in person.  Any outstanding motions may be addressed at the time of the Final Trial Preparation Conference;

  F. The parties must be prepared to address at the Final Trial Preparation Conference some or all of the issues which may affect the duration or course of the trial

referenced in the Court's Revised Practice Standards applicable to such Conferences;

G. A **5-day** jury trial is hereby set to commence in the U.S. Courthouse, **in person, in Courtroom A801**, 901 19th Street, Denver, Colorado, on **March 28, 2022 at 8:30 a.m.**; and

H. Counsel are directed to this Court's Revised Practice Standards to ensure compliance with all deadlines triggered by the setting of the Final Trial Preparation Conference and Trial. In so doing, the parties are strongly encouraged to take advantage of the "Trial Preparation Conference & Pretrial Checklist" available at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonWilliamJMartinez.aspx.

Dated this 9th day of November, 2021.

BY THE COURT:

_____
William J. Martínez
United States District Judge