IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00115-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. ERIC MORTENSEN,

Defendant.

_____

NOTICE OF DISPOSITION
_____

Comes now Eric Mortensen through CJA counsel and gives Notice that he has reached a disposition with the government of the charges pending against him in this case. Mr. Mortensen requests that this matter be set for a change of plea hearing.

Respectfully submitted,

*s/Richard J. Banta*
Richard J. Banta
501 S. Cherry Street
Suite 1100-mb11
Denver, CO 80246
303-860-8048
FAX: 303-333-1195
E-mail: rjbanta@comcast.net
Attorney for Defendant
Eric Mortensen

1

2

## CERTIFICATE OF SERVICE

      I certify that on February 2 2022 I electronically filed the foregoing Notice of Disposition with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/Richard J. Banta*
Richard J. Banta