IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-115-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. **ERIC MORTENSEN**
2. MELISSA CHARRAN,

Defendants.

---

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING
---

Comes now Eric Mortensen, through CJA counsel, Richard J. Banta, pursuant to Rule 47, Fed. R. Cr. P and respectfully moves the Court for an order granting this motion. In support of such motion, Mr. Mortensen states the following:

1. This matter is set for a change of plea hearing on Thursday, March 10, 2022 at 2:30 pm.
2. The parties are continuing discussions regarding the scope of the forfeiture portion of the plea agreement.
3. The government seeks forfeiture of 37 items; Mr. Mortensen presently disputes forfeiture of 3 of the 37 items.
4. Mr. Mortenson is being held at the Washington County Colorado Detention facility in Akron, Colorado.

1

5. Mr. Mortensen's current housing situation has made communications between Mr. Mortensen and counsel regarding the forfeiture dispute difficult.

6. In addition, Mr. Mortensen needs to obtain records from the sale of real property in Minnesota in support of his forfeiture claims, and his placement in the Washington County Colorado Detention facility has made this task difficult.

7. The parties believe that with additional time they will be able to resolve the current forfeiture dispute.

8. Counsel is authorized to state he has discussed this motion with Mr. Mortensen and he concurs in the relief requested herein.

9. Counsel is authorized to state he has discussed this motion with Assistant U.S. Attorney Andrea Surrart and she concurs in the relief requested herein.

10. The parties believe 60 days will be a sufficient amount of time within which to resolve the forfeiture issue.

Wherefore, Eric Mortensen respectfully prays that the Court enter an Order granting this Motion, vacating the current motions and trial dates and granting such further relief as the court deems just and proper.

    Respectfully submitted,

*s/Richard J. Banta*
Richard J. Banta, P.C.
501 S. Cherry Street
 Suite 1100-MB11
Denver, CO 80246
303-860-8048
Fax:  303-333-119
E-mail: rjbanta@comcast.net
Attorney for Defendant
Eric Mortensen

2

CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2022 I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*s/Richard J. Banta*
Richard J. Banta