IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-115-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. **ERIC MORTENSEN**
2. MELISSA CHARRAN,

Defendants.

---

### UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING
---

Comes now Eric Mortensen, through CJA counsel, Richard J. Banta, pursuant to Rule 47, Fed. R. Cr. P and respectfully moves the Court for an order granting this motion. In support of such motion, Mr. Mortensen states the following:

1. This matter is set for a change of plea hearing on Monday, May 9, 2022 at 10:30 am.

2. As set forth in the Unopposed Motion to Continue Change of Plea Hearing of co-defendant Melissa Charran (ecf doc. 66), the parties, including the government, were first alerted to the existence of related state criminal charges the week of April 11, 2022.

3. Mr. Mortensen and Ms. Charran have been charged in Denver County Court in separate cases (21-CR-2616 and 21-CR-2615) with violations of the

1

Colorado tax statutes in relationship to the sale and distribution of the same marijuana upon which the federal indictment is based.

4. There are outstanding "At Large Arrest Warrants" for each defendant that were issued on April 29, 2021.

5. The state charges are based at least in part on information gathered in conjunction with the federal investigation upon which this case is based.

6. It is unclear whether there is relevant information in the state case gathered with the involvement of federal investigators that may be relevant to this case.

7. Mr. Mortensen should be given an opportunity to investigate the possible relationship between the state case and this case, and the impact, if any, on his decision to enter a change of plea.

8. Further, Mr. Mortensen was recently moved from the Washington County Detention Center to the Federal Detention Center (FDC).

9. He is currently being held in protective custody in the Special Housing Unit (SHU) at the Federal Correctional Institute Englewood.

10. His current custody status makes it difficult for Mr. Mortensen and counsel to confer.

11. Special arrangements have to be made to schedule a legal visit for an individual at FDC who is being held in the SHU.

12. Counsel has not yet been able to schedule an in person legal visit.

13. Counsel was able to speak by phone with Mr. Mortensen on Tuesday, April 26, 2022.

14. Counsel is authorized to state he discussed this motion with Mr. Mortensen on April 26th and he concurs in the relief requested herein.

15. Counsel is authorized to state he has discussed this motion with Assistant U.S. Attorney Andrea Surrart and she concurs in the relief requested herein.

16. The parties believe 60 days will be a sufficient amount of time within which to resolve the state criminal case issues upon which this motion is based.

Wherefore, Eric Mortensen respectfully prays that the Court enter an Order granting this Motion, vacating the current motions and trial dates and granting such further relief as the court deems just and proper.

Respectfully submitted,

s/*Richard J. Banta*
Richard J. Banta, P.C.
501 S. Cherry Street
 Suite 1100-MB11
Denver, CO 80246
303-860-8048
Fax:  303-333-119
E-mail: rjbanta@comcast.net
Attorney for Defendant
Eric Mortensen

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2022 I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

s/*Richard J. Banta*
Richard J. Banta

3