IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00115-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    ERIC MORTENSEN, a/k/a "Jacob Bradford,"

       Defendant.
_____

### PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).  The Court having read said Motion and being fully advised in the premises finds:

THAT on July 22, 2022, the United States and defendant Eric Mortensen entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c);

THAT the requisite nexus exists between the following assets and Count One, a violation of 21 U.S.C. § 846, to which defendant Eric Mortensen has pleaded guilty;

    a. $7,114.00 United States currency;

    b. Approximately $53,751.28 from BMO Harris Bank Acct #4829103523 in the name of Eric Mortensen;

    c. Approximately $49,157.92 from TruStone Financial Acct Checking #2 Member #373346 in the name of Eric Mortensen;

d. 1.0000 Bitcoin (BTC);

e. 4.05735328 Bitcoin (BTC);

f. Funds in Venmo Account #29869243 in the name of Eric Mortensen;

g. 0.00838345 Ethereum (ETH);

h. 0.00030101 Chainlink (LINK);

i. 0.98828 Stellar (XLM);

j. 0.006799 USC Coin (USDC);

k. 1.119154 Tezos (XTZ);

l. 0.11392 Cosmos (ATOM);

m. 0.09285289 Kyber (KNC);

n. 0.041388 Algorand (ALGO);

o. 0.00000531 0x (ZRX);

p. 0.0696 EOS;

q. 0.00014666 Compound (COMP);

r. 0.00731306 Band Protocol (BAND);

s. 0.07652384 OMG Network (OMG);

t. 0.00976552 Celo (CGLD);

u. Samsung Galaxy S10+ SM-G975U Cell Phone; IMEI 354667100141454;

v. Apple iPhone 12; SN F17DKEBL0DXQ;

w. Acer Chromebook Model N16Q10; SN NXGL4AA008751167E47600;

x. Amazon Fire Tablet Model SL056ZE;

y. HP Envy x360 Laptop Model 15m-ee0013dx; SN: CND0457DWX;

z. USB Flash Drive;

THAT the requisite nexus exists between the following assets and Counts Four and Five, violations of 18 U.S.C. § 924(c)(1)(A)(i) and 18 U.S.C. § 922(g)(1), respectively:

    aa. Merak Savunma Sanayi, LTD 301 Shotgun CAL:12 SN:20PA12Z-5225;

    bb. dd. Kimber Micro 9 Rapide Pistol CAL:9 SN:PB0354671;

    cc. 6 Rounds CBC- Brazilian Cartridge Company Ammunition CAL:9;

    dd. Walther CCP Pistol CAL:9 SN:WK101181;

    ee. 16 Rounds CBC-Brazilian Cartridge Company Ammunition CAL:9;

    ff.  Ruger PC Charger Pistol CAL:9 SN:913-17551;

    gg. 728 Rounds Assorted Ammunition CAL:9;

    hh. 50 Rounds Assorted Ammunition CAL:12;

and

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in the assets is forfeited to the United States in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c);

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) in which all interests will be addressed;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R. Crim. P. 32.2(c)(1); and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this ____ day of _____, 2022.

BY THE COURT:

_____
WILLIAM J. MARTINEZ
United States District Judge

4