IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00115

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. **ERIC MORTENSEN**

Defendant.

---

### OBJECTION/RESPONSE TO PRESENTENCE INVESTIGATION REPORT
---

Comes now Eric Mortensen, through CJA counsel, Richard J. Banta, pursuant to Rule 32(f) Fed. R. Cr. P. and D.C.Colo.LCr 32.1(b) and files his Objection/Response to the Presentence Investigation Report (PSIR). In support of such Objection/Response, Defendant states the following:

1. Regarding paragraph 76 of the PSIR, his use of cocaine was very infrequent, and would more accurately be described as occurring once a year.

2. Regarding paragraph 77 of the PSIR, Mr. Mortensen completed a comprehensive, one year overall mental health program at the Minnesota Correctional Facility located in Faribault, Minnesota. Mr. Mortensen through counsel is in the process of requesting a copy of his medical records from the Minnesota Department of Corrections. To this end, he filed on December 22, 2022 an unopposed motion to reschedule sentencing to allow time for this request to be processed. Mr. Mortensen believes these records contain information relevant to sentencing.

1

3. Regarding paragraph 78 of the PSIR, Mr. Mortensen in addition to his GED also has a degree in welding obtained at the Century College Technical School located in White Bear Lake, Minnesota.

4. Mr. Mortensen has concerns regarding the recommended mandatory and special conditions of Supervised Release set out in Exhibit A of the PSIR, in particular mandatory condition number 5 and special conditions numbers 1 and 2.

5. Mr. Mortensen will be prepared to discuss these and other issues at the sentencing hearing currently set for January 18, 2023.

                          Respectfully submitted,

                          s/*Richard J. Banta*
                          Richard J. Banta
                          501 S. Cherry Street
                          Suite 1100-mb11
                          Denver, CO 80209
                          303-860-8048
                          FAX:  303-333-1195
                          E-mail:  rjbanta@comcast.net
                          Attorney for Defendant
                          Eric Mortensen

## CERTIFICATE OF SERVICE

I certify that on December 27, 2022 I electronically filed the foregoing Objection/Response to Presentence Investigation Report with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                          s/*Richard J. Banta*
                          Richard J. Banta