IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-cr-00115-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ERIC MORTENSEN,

    Defendant.

## GOVERNMENT'S RESPONSE TO DEFENDANT'S PSR OBJECTION

    The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits the following response to the defendant's objections to the Presentence Investigation Report ("PSR") [ECF #85] as directed by the Court [ECF #86].

    The Government takes no position on the assertions in paragraphs 1, 2, 3, or 5 of ECF #85.  As to paragraph 4, at this time the Government believes the mandatory and special conditions of supervised release recommended by the Probation Department are reasonably related to the factors set forth in 18 U.S.C. § 3553(a)(1) and

1

(a)(2) and are appropriate based on the nature and circumstances of the offense and the history and characteristics of the defendant.

Respectfully submitted this 24th day of February, 2023.

                                COLE FINEGAN
                                United States Attorney

By:   *s/ Andrea Surratt*
       Andrea Surratt
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California St., Suite 1600
       Denver, CO 80202
       Telephone: (303) 454-0100
       e-mail: Andrea.Surratt@usdoj.gov
       Attorney for the Government