IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00115-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. ERIC MORTENSEN

Defendant.

---

**EXHIBIT 2**

---

OCTOBER 06, 2022

# A Proclamation on Granting Pardon for the Offense of Simple Possession of Marijuana

Acting pursuant to the grant of authority in Article II, Section 2, of the Constitution of the United States, I, Joseph R. Biden Jr., do hereby grant a full, complete, and unconditional pardon to (1) all current United States citizens and lawful permanent residents who committed the offense of simple possession of marijuana in violation of the Controlled Substances Act, as currently codified at 21 U.S.C. 844 and as previously codified elsewhere in the United States Code, or in violation of D.C. Code 48-904.01(d)

(1), on or before the date of this proclamation, regardless of whether they have been charged with or prosecuted for this offense on or before the date of this proclamation; and (2) all current United States citizens and lawful permanent residents who have been convicted of the offense of simple possession of marijuana in violation of the Controlled Substances Act, as currently codified at 21 U.S.C. 844 and as previously codified elsewhere in the United States Code, or in violation of D.C. Code 48–904.01(d)(1); which pardon shall restore to them full political, civil, and other rights.

My intent by this proclamation is to pardon only the offense of simple possession of marijuana in violation of Federal law or in violation of D.C. Code 48–904.01(d)(1), and not any other offenses related to marijuana or other controlled substances. No language herein shall be construed to pardon any person for any other offense, including possession of other controlled substances, whether committed prior, subsequent, or contemporaneous to the pardoned offense of simple possession

of marijuana. This pardon does not apply to individuals who were non-citizens not lawfully present in the United States at the time of their offense.

Pursuant to this proclamation, the Attorney General, acting through the Pardon Attorney, shall administer and effectuate the issuance of certificates of pardon to eligible applicants who have been charged or convicted for the offense of simple possession of marijuana in violation of the Controlled Substances Act, as currently codified at 21 U.S.C. 844 and as previously codified elsewhere in the United States Code, or in violation of D.C. Code 48–904.01(d)(1). The Attorney General, acting through the Pardon Attorney, is directed to develop and announce application procedures for certificates of pardon and to begin accepting applications in accordance with such procedures as soon as reasonably practicable. The Attorney General, acting through the Pardon Attorney, shall review all properly submitted applications and shall issue certificates of pardon to eligible applicants in due

file:///Users/richardbanta/Documents/Documents/All%20Legal/All…%20Possession%20of%20Marijuana%20%7C%20The%20White%20Hous.html

Page 3 of 4

course.

IN WITNESS WHEREOF, I have hereunto set my hand this sixth day of October, in the year of our Lord two thousand twenty-two, and of the Independence of the United States of America the two hundred and forty-seventh.

JOSEPH R. BIDEN JR.

file:///Users/richardbanta/Documents/Documents/All%20Legal/All...%20Possession%20of%20Marijuana%20%7C%20The%20White%20Hous.html

Page 4 of 4

☐ An official website of the United States government  Here's how you know

☐ **Official websites use .gov**
A **.gov** website belongs to an official government organization in the United States.

☐ **Secure .gov websites use HTTPS**
A **lock** (🔒) or **https://** means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.

## PRESIDENTIAL PROCLAMATION ON MARIJUANA POSSESSION

On October 6, 2022, President Biden issued a presidential proclamation that pardons federal convictions for simple marijuana possession offenses. The proclamation applies only to federal convictions, including D.C. Code offenses, and does not apply to convictions under state or local law.

Read the proclamation here

Read the President's statement

Read the Department's statement

**What does this mean for those with federal marijuana possession convictions?**

Under President Biden's proclamation, individuals with qualifying convictions are fully and completely pardoned for their marijuana possession offense. The pardon applies only to the qualifying offense of simple possession of marijuana and not to any other offense(s) for which the individual has been charged or convicted.

**What is a pardon?**

A pardon is an expression of the President's forgiveness. It does not signify innocence or expunge the conviction. It does, however, remove civil disabilities—such as restrictions on the right to vote, to hold office, or to sit on a jury—that are imposed because of the pardoned conviction. It may also be helpful in obtaining licenses, bonding, or employment.

**How can I prove that I have been pardoned?**

Eligible persons may need proof that President Biden's proclamation applies to them in order to achieve the full benefits of a pardon. The President has asked the Attorney General, acting through the Pardon Attorney, to issue those persons certificates to establish proof of pardon. The Office of the Pardon Attorney is currently working to develop procedures for issuing certificates of pardon to eligible individuals in the near future.

**How can I get a certificate of pardon?**

In the near future, the Office of the Pardon Attorney will make available a short application form for individuals seeking a certificate of pardon, along with instructions for completing the application. We will make this form available as quickly as we can. Please check back here soon for further announcements.

## When can I apply for my certificate of pardon?

We cannot accept applications or issue certificates of pardon until our official procedures have been announced. We will update this page as soon as we have additional information to provide. We encourage you please to check https://www.justice.gov/pardon for additional guidance in the near future.

## Does the proclamation apply to convictions under state law?

No. President Biden's proclamation does not pardon convictions under state law, although it does apply to possession of marijuana convictions under the District of Columbia's criminal code.

## Does the proclamation apply to all types of federal marijuana offenses?

No. President Biden's proclamation applies only to simple possession of marijuana offenses. Conspiracy, distribution, possession with intent to distribute, and other charges involving marijuana are not pardoned by the proclamation.

## Do I qualify for a pardon if I was convicted under 21 U.S.C. § 844 of possessing marijuana and another drug in a single offense?

No. The proclamation does not apply to persons who were convicted of possessing multiple different controlled substance in the same offense. For example, if you were convicted of possessing marijuana and cocaine in a single offense, you do not qualify for pardon under the terms of President Biden's proclamation. If you were convicted of one count of simple possession of marijuana and a second count of possession of cocaine, President Biden's proclamation applies only to the simple possession of marijuana count, not the possession of cocaine count.

## Does the proclamation apply to charges that are currently pending as of October 6, 2022?

Yes. President Biden's proclamation applies if the qualifying offense occurred on or before October 6, 2022, even if a conviction has not been obtained by that date.

## Does the proclamation protect me from being charged with marijuana possession in the future?

No. The proclamation pardons only those offenses occurring on or before October 6, 2022. It does not have any effect on marijuana possession offenses occurring after October 6, 2022.

*Updated November 2, 2022*

---

Was this page helpful?
Yes    No