IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00115-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. ERIC MORTENSEN

Defendant.

## MOTION FOR VARIANT/NON-GUIDELINE SENTENCE

Comes now Mr. Eric Mortensen through CJA counsel, Richard J. Banta, pursuant to Rule 47, Fed. R. Cr. P. and D.C.Colo.LCrR 32.1(c) and respectfully moves the Court for an Order granting this Motion. In support of this Motion, Mr. Mortensen states the following:

1. This matter is set for sentencing at 2:00 pm on Friday, March 31st, 2023.

2. Filed contemporaneously with this motion is Mr. Mortens's Sentencing Statement in Support of Defendant's Motion for a Variant/Non-Guideline Sentence in which he sets forth legal authority and reasons in support of this motion.

3. Mr. Mortensen incorporates by reference in this motion the legal authorities and arguments set forth in his Sentencing Statement in Support of Defendant's Motion for a Variant/Non-Guideline Sentence.

4. Mr. Mortensen moves this Court to vary downward from the bottom of the applicable

      guideline range of 188 months as calculated in the Presentence Investigation Report.

7. Mr. Mortensen respectfully moves the Court to impose a variant sentence of 51 months as to counts one and five, and 60 months consecutive as to count four, followed by 3 years of supervised release.

8. A total sentence of 111 months followed by three years supervised release is a sentence that is sufficient but not greater than necessary to advance the purposes enumerated in 18 U.S.C. 3553(a).

Mr. Wherefore, Mr. Mortensen respectfully prays that the Court enter an order granting this motion, and granting such further relief as the court deems just and proper.

                                  Respectfully submitted

                                  s/<u>Richard J. Banta</u>
                                    Richard J. Banta
                                    501 S. Cherry Street
                                    Suite 1100
                                    Denver, CO 80246
                                    303-860-8048
                                    Fax:  303-333-1195
                                    E-mail: rjbanta@comcast.net
                                    Attorney for Defendant
                                    Eric Mortensen

## CERTIFICATE OF SERVICE

     I hereby certify that on March 17th, 2023 I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                      s/<u>Richard J. Banta</u>