IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00115-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. ERIC MORTENSEN

Defendant.

## MOTION TO WITHDRAW DOCUMENT 89

Comes now Mr. Eric Mortensen through CJA counsel, Richard J. Banta, pursuant to Rule 47, Fed. R. Cr. P. and respectfully moves the Court for an Order granting this Motion. In support of this Motion, Mr. Mortensen states the following:

1. Defendant inadvertently filed on March 17, 2023 his Motion for a Variant/Non-Guideline Sentence with the notation "Draft" in the caption (doc 89).

2. The motion in fact is in the final motion intended to be filed with the Court.

3. Defendant respectfully requests that document 89 be withdrawn.

4. Defendant filed on March 17, 2023 a clean version of his Motion for a Variant/Non-Guideline Sentence (doc 92).

-1-

Mr. Wherefore, Mr. Mortensen respectfully prays that the Court enter an order granting this motion, and granting such further relief as the court deems just and proper.

Respectfully submitted

s/Richard J. Banta
Richard J. Banta
501 S. Cherry Street
Suite 1100
Denver, CO 80246
303-860-8048
Fax: 303-333-1195
E-mail: rjbanta@comcast.net
Attorney for Defendant
Eric Mortensen

CERTIFICATE OF SERVICE

I hereby certify that on March 17th, 2023 I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/Richard J. Banta