IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00115-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

**1. ERIC MORTENSEN**

Defendants.

---

### UNOPPOSED MOTION TO RESCHEDULE SENTENCING HEARING

---

Comes now Eric Mortensen, through CJA counsel, Richard J. Banta, pursuant to Rule 47, Fed. R. Cr. P and respectfully moves the Court for an order granting this motion. In support of such motion, Mr. Mortensen states the following:

1. The sentencing hearing in this matter has been reset from Friday, March 31st 2023 to Wednesday, May 24, 2023.

2. Counsel for Mr. Mortensen will be out of state from Thursday, May 18th through Friday May 26th on a preplanned vacation.

3. Counsel is authorized to state he has discussed this motion with Assistant U.S. Attorney Andrea Surrart and she does not oppose the relief requested herein. She is also out of the office from May 18, 2023 through May 22, 2023.

4. Mr. Mortensen respectfully request that this matter be reset to a time convenient on the Court's calendar.

1

Wherefore, Eric Mortensen respectfully prays that the Court enter an Order granting this Motion, and granting such further relief as the court deems just and proper.

Respectfully submitted,

s/*Richard J. Banta*
Richard J. Banta, P.C.
501 S. Cherry Street
 Suite 1100-MB11
Denver, CO 80246
303-860-8048
Fax:  303-333-119
E-mail: rjbanta@comcast.net
Attorney for Defendant
Eric Mortensen

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023 I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

s/*Richard J. Banta*
Richard J. Banta

2