IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00115-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. ERIC MORTENSEN

Defendant.

### DEFENDANT'S RESPONSE TO GOVERNMENT'S SENTENCING STATEMENT

Comes now Mr. Eric Mortensen through CJA counsel, Richard J. Banta, pursuant to this Court's Order of March 17, 2023 and respectfully Responds to the Government's Sentencing Statement. In support of this Response, Mr. Mortensen states the following:

1. Much of what the government states in its Sentencing Statement is undisputed.

2. Mr. Mortensen acknowledges that a proforma application of the guidelines using the 1:167 conversion ratio of THC to marijuana results in a guideline base offense level of 30 based on a total converted drug weight of 1,251.19 kg, as advocated by the government. However, it is important to note that the indictment in this case charges a conspiracy involving 50 kilograms *or less* (emphasis added) of marijuana (18.73 kg of marijuana), and mixtures and substances containing tetrahydrocannabinol (7.38 kg of THC).  Mr. Mortensen addressed this anomaly in the guidelines in his Sentencing Statement (ecf doc 90).

3. What drives the unwarranted increase in the base offense level is the unjustifiable conversion ratio of THC to marijuana in the guidelines. This issue is addressed in Mr. Mortensen's Sentencing Statement (ecf doc 90).

4. Mr. Mortensen acknowledges he has a significant criminal history. He addressed this history and its relationship to his difficult upbringing in his Sentencing Statement (ecf doc 90). The significance of his criminal history is fully accounted for in his criminal history category VI calculation under the guidelines.

5. Mr. Mortensen disagrees with the government's characterization of the use of the guns. The fact pattern in this case is substantially different than that usually found in the "Heartland" of 924(c) cases. There is no evidence that the guns were functional or loaded. There is no evidence the guns ever were taken outside the apartment. There is no evidence that Mr. Mortensen ever carried a gun when he went to the post office. There is no evidence the guns were used in a discrete marijuana transaction. There is no evidence that any marijuana was sold at the apartment, or that any customers frequented the apartment to purchase marijuana. There is no evidence that the guns were stolen or otherwise obtained illegally. The photos were taken be Mr. Mortensen when pointing the guns at his cell phone. The gun was not pointed at a specific individual or used in relation to a particular marijuana transaction. A more accurate characterization of the photos is they reflect an act of "bravado", more real in Mr. Mortensen's fantasy world than in the real world.

6. Mr. Mortensen will be prepared to discuss further these and other issues at the sentencing hearing.

Respectfully submitted,

s/<u>Richard J. Banta</u>
Richard J. Banta
501 S. Cherry Street
Suite 1100-mb11
Denver, CO 80209
303-860-8048
FAX:303-333-1195
E-mail: rjbanta@comcastt.net
Attorney for Defendant
Eric Mortensen

**CERTIFICATE OF SERVICE**

I certify that on March 27, 2023 I electronically filed the foregoing Response to the Government's Sentencing Statement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/<u>Richard J. Banta</u>
Richard J. Banta