IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-115-WJM

UNITED STATES OF AMERICA,

　　Plaintiff,

v.

1. ERIC MORTENSEN,

　　Defendant.

## GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS

　　The United States of America, by and through undersigned counsel, and in accordance with the plea agreement, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant ERIC MORTENSEN in the above-captioned matter.  As grounds therefore, the Government respectfully states to the Court as follows:

　　1.　　On July 22, 2022, the defendant pled guilty to Counts One, Four, and Five of indictment 21-cr-115-WJM pursuant to the terms enumerated in a written plea agreement. [ECF #77, 78].  Sentencing is scheduled for July 12, 2023. [ECF #100].

　　2.　　In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss the remaining counts of the indictment as to this defendant. Specifically, the Government moves to dismiss Counts Two and Three of indictment 21-cr-115-WJM as to this defendant.

3. The Government respectfully requests that the Court grant the Government's Motion to Dismiss immediately following the imposition of sentence and entry of judgment of conviction as to the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of Counts Two and Three of indictment 21-cr-115-WJM as to defendant ERIC MORTENSEN at the time of sentencing in the above-captioned matter.

Respectfully submitted this 10th day of July, 2023.

        COLE FINEGAN
        United States Attorney

By:    *s/ Andrea Surratt*
        Andrea Surratt
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        e-mail: Andrea.Surratt@usdoj.gov