IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-115-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ERIC MORTENSEN,

    Defendant.

### GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)

    The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files a motion pursuant to U.S.S.G. § 3E1.1(b) as to defendant ERIC MORTENSEN in the above-captioned matter.  As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On July 22, 2022, the defendant pled guilty to Counts One, Four, and Five of indictment 21-cr-115-WJM pursuant to the terms enumerated in a written plea agreement. [ECF #77, 78].  Sentencing is scheduled for July 12, 2023. [ECF #100].

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves pursuant to U.S.S.G. § 3E1.1(b) for a one-level reduction in the defendant's offense level because the defendant timely notified the Government of his intent to plead guilty in this matter.

3. The Government respectfully requests that the Court grant the Government's motion upon sentencing of the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves as described herein as to defendant ERIC MORTENSEN.

Respectfully submitted this 10th day of July, 2023.

                COLE FINEGAN
                United States Attorney

By: *s/ Andrea Surratt*
     Andrea Surratt
     Assistant United States Attorney
     U.S. Attorney's Office
     1801 California St., Suite 1600
     Denver, CO 80202
     Telephone: (303) 454-0100
     e-mail: Andrea.Surratt@usdoj.gov