IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: July 12, 2023
Courtroom Deputy: Heidi L. Guerra
Court Reporter: Mary George
Probation Officer: Paige Meador

| Criminal Action No. **1:21-cr-00115-WJM-1** | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Lee Surratt |
| Plaintiff, | |
| v. | |
| ERIC MORTENSEN, | Richard James Banta |
| Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing**

**10:08 a.m.    Court in session.**

Court calls case. Appearances of counsel. Defendant is present in custody. Probation Officer present in courtroom.

Defendant placed under oath by Courtroom Deputy.

**ORDERED:**   Defendant's [85] Objections are OVERRULED as stated on the record.

**ORDERED:**   The Government's [106] Motion to Dismiss Counts is GRANTED; Counts 2 and 3 are dismissed with prejudice as to Defendant Mortensen.

**ORDERED:**   The Government's [107] Motion for Decrease for Acceptance of Responsibility is GRANTED.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

Argument given on sentencing.

The Court states its consideration of the history and characteristics of the defendant under 18 U.S.C. § 3553(a).

Court's findings and conclusions.

**ORDERED:** The Defendant's [92] Motion for Non-Guideline Sentence is GRANTED IN PART and DENIED IN PART as stated on the record.

**ORDERED:** The Plea Agreement between the parties is ACCEPTED.

**ORDERED:** Defendant shall be imprisoned for a total of 162 months. Counts 1 and 5: 102 months to run concurrently with each other and with the sentence imposed in Denver District Court case 21-cr-2616; Count 4: 60 months to run consecutively to all other sentences imposed.

**ORDERED:** Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 3 years. The defendant shall be subject to the standard, mandatory, and special conditions of supervised release, as stated on the record.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in presentence detention.

The Court recommends that the director of the Bureau of Prisons place the defendant in a facility that is appropriate to his security designation and is located within or nearest to the District of Minnesota.

The Court recommends to the director of the Bureau of Prisons that the defendant be designated to an institution with the most comprehensive substance abuse program for which he is eligible.

**ORDERED:** The defendant shall participate in the most comprehensive substance abuse program offered by his designated institution.

**ORDERED:** Defendant shall pay a special assessment of $300, due and payable immediately. Payment of any fine is waived.

**ORDERED:** The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:**  Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal.

**11:49 a.m.   Court is adjourned. Hearing concluded.**

Total time in court: 1 hour 41 minutes