IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00115-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     ERIC MORTENSEN, a/k/a "Jacob Bradford," and
2.     MELISSA CHARRAN,

      Defendants.

_____

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE**
_____

      COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews and moves this Court to enter a Final Order of Forfeiture in this case pursuant to 21 U.S.C. § 853.  In support thereof, the United States submits the following:

      1.     In the Indictment as to defendant Eric Mortensen, the United States sought forfeiture pursuant to 21 U.S.C. § 853 of any property involved in the commission of the offenses in Counts One and Two, or proceeds traceable to those crimes.  (Doc. 23 at 3).  Additionally, the United States sought forfeiture from the defendant pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) of any firearms and

1

ammunition involved in the commission of the offenses in Counts Four and Five.[1]  (Doc. 23 at 4).

2.     On July 22, 2022, the United States and defendant Eric Mortensen entered into a Plea Agreement (Doc. 78) in which the defendant agreed to forfeit to the United States the following property:

- a. $7,114.00 United States currency;
- b. Approximately $53,751.28 from BMO Harris Bank Acct #4829103523 in the name of Eric Mortensen;
- c. Approximately $49,157.92 from TruStone Financial Acct Checking #2 Member #373346 in the name of Eric Mortensen;
- d. 1.0000 Bitcoin (BTC);
- e. 4.05735328 Bitcoin (BTC);
- f. Funds in Venmo Account #29869243 in the name of Eric Mortensen;
- g. 0.00838345 Ethereum (ETH);
- h. 0.00030101 Chainlink (LINK);
- i. 0.98828 Stellar (XLM);
- j. 0.006799 USC Coin (USDC);
- k. 1.119154 Tezos (XTZ);
- l. 0.11392 Cosmos (ATOM);
- m. 0.09285289 Kyber (KNC);
- n. 0.041388 Algorand (ALGO);

---

[1] The United States also sought forfeiture from co-defendant Melissa Charron.

    o.  0.00000531 0x (ZRX);

    p.  0.0696 EOS;

    q.  0.00014666 Compound (COMP);

    r.  0.00731306 Band Protocol (BAND);

    s.  0.07652384 OMG Network (OMG);

    t.  0.00976552 Celo (CGLD);

    u.  Samsung Galaxy S10+ SM-G975U Cell Phone; IMEI 354667100141454;

    v.  Apple iPhone 12; SN F17DKEBL0DXQ;

    w.  Acer Chromebook Model N16Q10; SN NXGL4AA008751167E47600;

    x.  Amazon Fire Tablet Model SL056ZE;

    y.  HP Envy x360 Laptop Model 15m-ee0013dx; SN: CND0457DWX;

    z.  USB Flash Drive;

    aa.  Merak Savunma Sanayi, LTD 301 Shotgun CAL:12 SN:20PA12Z-5225;

    bb.  Kimber Micro 9 Rapide Pistol CAL:9 SN:PB0354671;

    cc.  6 Rounds CBC- Brazilian Cartridge Company Ammunition CAL:9;

    dd.  Walther CCP Pistol CAL:9 SN:WK101181;

    ee.  16 Rounds CBC-Brazilian Cartridge Company Ammunition CAL:9;

    ff.  Ruger PC Charger Pistol CAL:9 SN:913-17551;

    gg.  728 Rounds Assorted Ammunition CAL:9; and

    hh.  50 Rounds Assorted Ammunition CAL:12.

3.    Pursuant to the Plea Agreement, the Court entered a Preliminary Order of Forfeiture on November 4, 2022, forfeiting to the United States any and all of defendant

Eric Mortensen right, title and interest in the above-listed assets.  (Doc. 82).

4. On July 12, 2023, defendant Mortensen was sentenced and the Preliminary Order of Forfeiture became final as to him.  (Doc. 113).

5. The Preliminary Order of Forfeiture further directed the United States to seize the subject property and to publish notice of the forfeiture.

6. Federal Rule of Criminal Procedure 32.2(b)(6)(A) requires that the government send notice to "any person who reasonably appear to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding."

7. On June 9, 2022, co-defendant Melissa Charron entered into a Plea Agreement with the United States (Doc. 74) in which she agreed not to contest the forfeiture of the subject assets, which the United States seeks to forfeit from defendant Mortensen.

8. In addition, the United States properly published notice of the forfeiture via an official government internet website for thirty consecutive days, from November 15, 2022, to December 14, 2022, consistent with Federal Rule of Criminal Procedure 32.2(b)(6)(C).

9. No Verified Statement of Interest or Petition of United States of America for Ancillary Hearing has been filed by any third parties within the time period set forth in the Notice of Forfeiture.  Therefore, any third-parties are barred by their failure to timely file a petition asserting an interest in the property to be forfeited.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered herewith in accordance with 21 U.S.C. § 853.

DATED this 27th day of December 2023.

                                          Respectfully submitted,

                                          COLE FINEGAN
                                          United States Attorney

By:   *s/Tonya S. Andrews*
        Tonya S. Andrews
        Assistant United States Attorney
        1801 California Street, Ste. 1600
        Denver, Colorado 80202
        Telephone (303) 454-0100
        E-mail: tonya.andrews@usdoj.gov
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                          s/ *Jody Gladura*
                                          FSA Federal Paralegal
                                          Office of the U.S. Attorney