IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00115-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ERIC MORTENSEN, a/k/a "Jacob Bradford," and
2.    MELISSA CHARRAN,

    Defendants.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on April 7, 2021;

THAT a Preliminary Order of Forfeiture was entered on November 4, 2022;

THAT all known interested parties were provided an opportunity to respond and that publication has been affected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on January 14, 2023;

THAT, as of January 14, 2023, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c);

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

a. $7,114.00 United States currency;

b. Approximately $53,751.28 from BMO Harris Bank Acct #4829103523 in the name of Eric Mortensen;

c. Approximately $49,157.92 from TruStone Financial Acct Checking #2 Member #373346 in the name of Eric Mortensen;

d. 1.0000 Bitcoin (BTC);

e. 4.05735328 Bitcoin (BTC);

f. Funds in Venmo Account #29869243 in the name of Eric Mortensen;

g. 0.00838345 Ethereum (ETH);

h. 0.00030101 Chainlink (LINK);

i. 0.98828 Stellar (XLM);

j. 0.006799 USC Coin (USDC);

k. 1.119154 Tezos (XTZ);

l. 0.11392 Cosmos (ATOM);

m. 0.09285289 Kyber (KNC);

n. 0.041388 Algorand (ALGO);

o. 0.00000531 0x (ZRX);

p. 0.0696 EOS;

q. 0.00014666 Compound (COMP);

r. 0.00731306 Band Protocol (BAND);

s. 0.07652384 OMG Network (OMG);

t. 0.00976552 Celo (CGLD);

u. Samsung Galaxy S10+ SM-G975U Cell Phone; IMEI 354667100141454;

v. Apple iPhone 12; SN F17DKEBL0DXQ;

w. Acer Chromebook Model N16Q10; SN NXGL4AA008751167E47600;

x. Amazon Fire Tablet Model SL056ZE;

y. HP Envy x360 Laptop Model 15m-ee0013dx; SN: CND0457DWX; and

z. USB Flash Drive;

THAT judgment of forfeiture of the following firearms and ammunition shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), free from the claims of any other party:

aa. Merak Savunma Sanayi, LTD 301 Shotgun CAL:12 SN:20PA12Z-5225;

bb. Kimber Micro 9 Rapide Pistol CAL:9 SN:PB0354671;

    cc. 6 Rounds CBC- Brazilian Cartridge Company Ammunition CAL:9;

    dd. Walther CCP Pistol CAL:9 SN:WK101181;

    ee. 16 Rounds CBC-Brazilian Cartridge Company Ammunition CAL:9;

    ff. Ruger PC Charger Pistol CAL:9 SN:913-17551;

    gg. 728 Rounds Assorted Ammunition CAL:9; and

    hh. 50 Rounds Assorted Ammunition CAL:12;

THAT the United States shall have full and legal title to the above listed assets and may dispose of them in accordance with law;

SO ORDERED this _____ day of _____, 2023.

BY THE COURT:

_____
WILLIAM J. MARTINEZ
United States District Court Judge